IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

REGINALD KING, JR., ID # 387402,    )
       Plaintiff,            )
                           )
vs.                          )        No. 3:09-CV-0029-P
                           )
CITY OF DALLAS, et al.,       )
       Defendants.         )

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SIGNED this 9ᵗʰ day of March, 2009.**

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE